

MJL:ALB
F.#2007R00240

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | <u>I N F O R M A T I O N</u> |
| - against - | Cr. No. **07cr416** |
| CHONG KYU KIM, | (T. 18, U.S.C., §§ 1030(a)(2)(C), 1030(c)(2)(B)(i), 2 |
| Defendant. | and 3551 <u>et seq</u>.) |

- - - - - - - - - - - - - - - - - X

THE UNITED STATES ATTORNEY CHARGES:

      In or about and between August 2002 and April 2003, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant CHONG KYU KIM did knowingly and intentionally access a computer without authorization and exceed authorized access, and did thereby obtain information from a protected computer, to wit: customer information contained on an Intermark Media, Inc. ("Intermark") computer, in a manner that involved interstate and foreign communications, which offense was committed for purposes of commercial advantage and private financial gain, to wit: to

2

provide Intermark's customer information to a competitor.

(Title 18, United States Code, Sections 1030(a)(2)(C), 1030(c)(2)(B)(i), 2 and 3551 et seq.)

```
_____
ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136
```